# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SIMMONS

VERSUS

LEBLANC, ET AL.

CIVIL ACTION

21-378-SDD-SDJ

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated August 9, 2021, to which *Objections*[3] were filed and also reviewed;

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.

Signed in Baton Rouge, Louisiana on September 14, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.
[3] Rec. Docs. 5 and 6.